## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-51704-cag |
| | § | |
| Lorraine Marie Vargas | § | Chapter 13 |
| | § | |
| Debtor | § | Judge: Craig A. Gargotta |

## **AMENDED CHAPTER 13 PLAN – PRIOR TO CONFIRMATION.**

The Debtor, Lorraine Marie Vargas, by and through undersigned counsel, Joris Robert Vanhemelrijck, hereby amends the Chapter 13 Plan, as follows:

1. Creditor, Internal Revenue Service, claims shall be treated as follows:

**SECURED CREDITORS:** (Refer to paragraph C)

| Creditor/Collateral | Est. Amount | Est. Value | Unsecured Portion | Mo. Pmt. or Method of Disb. | Insured (yes/no) Name of Insurance | Indicate if to be Sold or Returned | Interest Rate | Remarks |
|---|---|---|---|---|---|---|---|---|
| **Wfs Financial/Wachovia Dealer Srvs 2007 Ford Explorer (mileage: 140,590)** | 9,470.42 | 7,550.00 | 1,920.42 | 143.34 | Geneva | | 5.25% | **Pay the lesser of value or balance at 5.25%, $95.00/mth AP Payment months 1-4.** |
| **Internal Revenue Service Tax Lien - all real and personal property** | 1,680.36 | 1,680.36 | 0.00 | Prorata | No - N/A | | 3.00 | **Pay Balance at 3% interest in Plan Pro Rata** |

**PRIORITY CREDITORS:** (Refer to paragraph B)

| Creditor | Estimated Amount of Debt | Payment Method 1. Before 2. After 3. Along With Secured Creditors | Remarks |
|---|---|---|---|
| **Internal Revenue Service** | 10,223.17 | **2. AFTER** | **Pay priority balance at 0% interest pro rata** |

All other provisions of the Chapter 13 Plan remain unchanged and are incorporated herein by reference.

Date: September 21, 2015.                Respectfully submitted,

/s/ Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Attorney for Debtor
*VANHEMELRIJCK LAW OFFICES, PC*.
1100 N.W. Loop 410, Suite 215
San Antonio, TX 78213
Ph: (210) 804-1529
Fax: (866) 830-3521
jrv@vanlaws.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Amended Plan was served via ordinary mail and/or electronically upon the following interested parties on this day.

Date: September 21, 2015.                Respectfully submitted,

/s/ Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Attorney for Debtor
*VANHEMELRIJCK LAW OFFICES, PC*.
1100 N.W. Loop 410, Suite 215
San Antonio, TX 78213
Ph: (210) 804-1529
Fax: (866) 830-3521
jrv@vanlaws.com

**Electronic Notice to:**

**United States Trustee - SA12**
**US Trustee's Office**
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539
USTPRegion07.SN.ECF@usdoj.gov

**Mary K Viegelahn**
**Chapter 13 Trustee**
10500 Heritage Blvd Suite 201
San Antonio, TX 78216
documents@sach13.com

**Bexar County**
**C/O Donald P. Stecker**
Linebarger Goggan Blair & Sampson
711 Navarro, Suite 300
San Antonio, TX 78205
don.stecker@lgbs.com

**Notice Via Standard Mail:**

Internal Revenue Service
c/o Gary W. Wright
U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216
(210) 384-7340
(210) 384-7358 (fax)
Gary.Wright@usdoj.gov

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

United States Attorney General
Department of Justice
Internal Revenue Services
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

United States Attorney
Internal Revenue Services
601 N.W. Loop 410, Suite 600
San Antonio TX 78216-0000

Internal Revenue Service
c/o Gary W. Wright
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216